# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRELL HARDESTY,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 08-CV-608-MJR-PMF |
| **MICHAEL J. ASTRUE, Commissioner of Social Security,** | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is an agreed stipulation to reverse the Administrative Law Judge's decision denying disability benefits and to remand to the Commissioner (Doc. 25). Pursuant to the fourth sentence of **42 U.S.C. § 405(g)**, the Commissioner's final decision is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings and a new decision. The Clerk shall enter judgment of reversal and remand pursuant to **Rule 58 of the FEDERAL RULES OF CIVIL PROCEDURE**.

**IT IS SO ORDERED.**

**DATED this 26th day of June 2009.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN
United States District Judge**